**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 02-50034 |
| | ) | CHAPTER: 7 |
| Ronnie Wallace Underwood and | ) | JUDGE: Mary Grace Diehl |
| Trudy Elaine Underwood | ) | |
| <u>Debtors</u> | ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $4,280.85 on behalf of GE Capital Auto Financial Svcs (the "Unclaimed Funds").

On Monday, February 02, 2015, The Locator Services Group, Ltd., Attorney-in-Fact for GELCO Corporation ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds: Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $4,280.85, payable to GELCO Corporation and shall send said check to payee at the following address:

GELCO Corporation
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

IT IS SO ORDERED this the __17th__ day of __February__, 2015.

Mary Grace Diehl
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted:

Kim Sawyer, General Counsel

**Prepared by:**
Kim Sawyer, General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210
(617) 859-0600 extension 19
(617) 859-0640
State Bar No. MA560026
Email: data@tlsgltd.com

Counsel for GELCO Corporation

**The following parties were served a copy of this Order electronically or by First Class Mail:**

United States Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

GELCO Corporation
Attn: Bruce J. Squillante, Controller, Unclaimed Property
Payables Solutions
4211 Metro Parkway
Ft. Myers, FL 33916-9406